UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOWARD YOUNG,
    Petitioner,

v.

C. PFEIFFER,
    Respondent.

Case No. 18-cv-05011-RS (PR)

**ORDER OF TRANSFER**

In this federal habeas action, petitioner challenges a parole denial that occurred in the Eastern District, where he is housed. If a habeas petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(b)(2); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of confinement. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** September 27, 2018

_____
RICHARD SEEBORG
United States District Judge